| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | SA-04-CR-521(02)FB |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western/Texas | San Antonio |
| | NAME OF SENTENCING JUDGE | |
| | Fred Biery | |
| Norma Alvarez Melrose Park, Illinois | DATES OF PROBATION/ SUPERVISED RELEASE | FROM October 22, 2007 | TO October 21, 2012 |

OFFENSE
Conspiracy to Distribute Heroin and Possession With Intent to Distribute Heroin, Aiding and Abetting

JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW    08CR  0162  JN    **FILED**
FEB 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/29/08_
Date

_____
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Northern_____ DISTRICT OF _____Illinois_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

_____
United States District Judge